**VERIFICATION**

I, **EARL ALSTON**, being first duly sworn, deposes and says that I am the PLAINTIFF in the above action, that I have read the complaint and the content therein and, that I have reviewed the same and they are true to the best of my knowledge, except as to those matters which are alleged upon information and belief, and as to those I believe them to be true.

This the 1 day of December, 2025

Earl Alston
**Earl Alston**

Sworn to and Subscribed before me,
This the 1 day of December, 2025.

Kelley Creacy-Durham
Notary Public

My Commission Expires: 10·14·2029

KELLEY CREACY-DURHAM
NOTARY PUBLIC
Randolph County
North Carolina
My Commission Expires 10-14-2029